## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Sharon K. Faul            BK NO. 19-04173 HWV

       Debtor(s)            Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

           Respectfully submitted,

           **/s/ James C. Warmbrodt, Esquire**
           James C. Warmbrodt, Esquire
           KML Law Group, P.C.
           BNY Mellon Independence Center
           701 Market Street, Suite 5000
           Philadelphia, PA  19106
           215-627-1322