UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                              :
                                    :        CASE NO. 1:19-bk-04173-HWV
SHARON K. FAUL                      :
       Debtor                       :        CHAPTER 13

## ENTRY AND WITHDRAWAL OF APPEARANCE

TO THE CLERK:

Kindly withdraw the appearance of Cunningham, Chernicoff & Warshawsky, P.C and Johanna H. Rehkamp, Esquire, as attorney of record for the Debtor in the above captioned matter.

Date: December 28, 2021            CUNNINGHAM CHERNICOFF &
                                   WARSHAWSKY, P.C.

                                   By:    /s/ Johanna H. Rehkamp
                                          Johanna H. Rehkamp, Esquire
                                          Cunningham & Chernicoff, P.C.
                                          2320 North Second Street
                                          Harrisburg, PA 17110
                                          (717) 238-6570
                                          jhr@cclawpc.com


Kindly enter the appearance of Robert E. Chernicoff, Esquire and Cunningham, Chernicoff & Warshawsky, P.C., as attorney of record for the Debtor in the above captioned matter.


Date: December 28, 2021            CUNNINGHAM CHERNICOFF &
                                   WARSHAWSKY, P.C.

                                   By:    /s/ Robert E. Chernicoff
                                          Robert E. Chernicoff, Esquire
                                          2320 North Second Street
                                          P. O. Box 60457
                                          Harrisburg, PA 17106-0457
                                          (717) 238-6570
                                          rchernicoff@cclawpc.com