# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: SHARON K FAUL

    Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

vs.

SHARON K FAUL

CASE NO: 1-19-04173-HWV

    Respondent(s)

## WITHDRAWAL OF MOTION TO DISMISS CASE

    Jack N. Zaharopoulos, Standing Chapter 13 Trustee, hereby requests that the Motion filed on 3/9/2022 be withdrawn due to having been filed in error or filed having used incorrect docketing procedure or incorrect information.

RESPECTFULLY SUBMITTED,
s/ Matt Arcuri
for Jack N. Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated: March 10, 2022

Case 1:19-bk-04173-HWV    Doc 42    Filed 03/10/22    Entered 03/10/22 10:24:17    Desc
Main Document      Page 1 of 2

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: SHARON K FAUL

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
Movant

SHARON K FAUL

Respondent(s)

CHAPTER 13

CASE NO: 1-19-04173-HWV

## CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Withdrawal by First Class Mail from Hummelstown, PA, unless served electronically, at the below address on March 10, 2022.

ROBERT E. CHERNICOFF, ESQUIRE
2320 NORTH SECOND STREET
P.O. BOX 60457
HARRISBURG, PA  17106-

SHARON K FAUL
740 HIGH STREET
HARRISBURG, PA  17113

RESPECTFULLY SUBMITTED,

s/ Matt Arcuri
for Jack N. Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated:  March 10, 2022