In re:                                                                                          Case No. 19-04173-HWV

Sharon K Faul                                                                          Chapter 13

        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                                   User: AutoDocke                                   Page 1 of 2

Date Rcvd: Oct 18, 2024                          Form ID: 3180W                          Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sharon K Faul, 740 High Street, Harrisburg, PA 17113-1718 |
| 5252192 | + | Dauphin County Tax Claim, 2 South 2nd Street, 1st Floor, PO Box 1295, Harrisburg, PA 17101-2047 |
| 5252194 | | Linebarger Goggan Blair & Sampson, PO Box 90128, Harrisburg, PA 17109-0128 |
| 5252196 | + | Modern Recovery Solutions, PO Box 500, Newmanstown, PA 17073-0500 |
| 5252197 | | Penn State Health, PO Box 829725, Philadelphia, PA 19182-9725 |
| 5258089 | + | Penn Waste Inc, PO Box 3066, York, PA 17402-0066 |
| 5252198 | | Penn Waste c/o M&T Bank, P.O. Box 64910, Baltimore, MD 21264-4910 |
| 5252201 | + | Suez Water PA, 8189 Adams Dr., Hummelstown, PA 17036-8036 |
| 5545030 | + | Swatara Township Stormwater Authority, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 5545029 | + | Swatara Township Stormwater Authority, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: camanagement@mtb.com | Oct 18 2024 18:39:00 | M&T Bank, 1100 Wehrle Drive, Williamsville, NY 14221 |
| 5252190 | ^ | MEBN | Oct 18 2024 18:38:00 | Bureau of Account Management, 3607 Rosemont Avenue, Suite 502, Camp Hill, PA 17011-6943 |
| 5252191 | + | EDI: CAPITALONE.COM | Oct 18 2024 22:43:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5256113 | | EDI: CAPITALONE.COM | Oct 18 2024 22:43:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5274398 | + | Email/Text: Bankruptcy@keystonecollects.com | Oct 18 2024 18:39:00 | Central Dauphin School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 5252193 | + | Email/Text: Bankruptcy@keystonecollects.com | Oct 18 2024 18:39:00 | Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 5252195 | | Email/Text: camanagement@mtb.com | Oct 18 2024 18:39:00 | M & T Bank, One Fountain Pl/3rd Fl, Buffalo, NY 14203 |
| 5257525 | + | Email/Text: camanagement@mtb.com | Oct 18 2024 18:39:00 | M&T Bank, P.O. Box 1508, Buffalo, NY 14240-1508 |
| 5252199 | ^ | MEBN | Oct 18 2024 18:37:56 | PPL Electric, 2 North 9th Street, CPC-GENN1, Allentown, PA 18101-1139 |
| 5252200 | + | Email/Text: bankruptcy@sw-credit.com | Oct 18 2024 18:39:00 | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 5274399 | + | Email/Text: Bankruptcy@keystonecollects.com | | |

| | | Oct 18 2024 18:39:00 | Swatara Township, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 5252203 | Email/Text: bkrcy@ugi.com | | |
| | | Oct 18 2024 18:39:00 | UGI, P.O. Box 15523, Wilmington, DE 19886-5523 |
| 5265055 | Email/Text: bkrcy@ugi.com | | |
| | | Oct 18 2024 18:39:00 | UGI Utilities, Inc., P.O. Box 13009, Reading, PA 19612 |
| 5252204 | + EDI: WFFC2 | | |
| | | Oct 18 2024 22:43:00 | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |

TOTAL: 14

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Swatara Township Stormwater Authority, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 5252202 | ## | Swatara Township Authority, P.O. Box 4920, Harrisburg, PA 17111-0920 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 20, 2024                     Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| James Randolph Wood | on behalf of Creditor Swatara Township Stormwater Authority jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| Robert E Chernicoff | on behalf of Debtor 1 Sharon K Faul rec@cclawpc.com  jbartley@cclawpc.com;jlaughman@cclawpc.com;jkj@cclawpc.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Sharon K Faul** | Social Security number or ITIN    xxx–xx–6384 |
| | First Name    Middle Name    Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 | | Social Security number or ITIN  _ _ _ _ |
| (Spouse, if filing) | First Name    Middle Name    Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:19–bk–04173–HWV | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Sharon K Faul

**By the court:**

_Henry W. Van Eck_

10/18/24

Henry W. Van Eck, Chief Bankruptcy Judge

---

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Case 1:19-bk-04173-HWV    Doc 57    Filed 10/20/24    Entered 10/21/24 00:22:25    Desc
Imaged Certificate of Notice    Page 5 of 5